1983 SGC S

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 JAN 25 A 11: 43
U.S. DISTRICT COURT
N.D. OF ALABAMA

WENDY WILLIAMS

Inmate Identification Number: 292583

MRS. WENDY WILLIAMS

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Ms. Rembert
Birmingham Work Release
Jason Tucker
Jefferson Dunn, Wendy Williams

(Enter above full name(s) of the defendant(s) in this action)

CV-16-P-0123-S

NOTICE TO FILING PARTY

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No ( ✓ )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

N/A

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement montgomery

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ✓ )   No ( ) They do not follow it

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ✓ )   No ( )

C. If your answer is YES:

   1. What steps did you take? PREA, Jason Tucker DID NOT ANSWER,

   2. What was the result? DID NOT ANSWER Jason Tucker, Jefferson Dunn, Wendy Williams

D. If your answer is NO, explain why not? Not Applicable

2

### III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) MRS. WENDY WILLIAMS #292583

Address Montgomery Work Release
P.O. BOX 45 Mti Meigs, AL 36057

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Centunios Olds, Jason Tucker, Smith McClain
is employed as Birmingham Work Release
at Birmingham, AL 36057

C. Additional Defendants Jason Tucker, Jefferson Dunn Smith, Jason Tucker, McClain

### IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I was at Work and got sick around Dec 29, 2015 between Dec 31, during Jan 11, 2016 At American Printing I did not feel good on that Wednesday Dec. 30, 2015 but worked anyway. When I worked the following day I threw up every where, AT Work on the van and outside the Van. I was so sick I could not

3

WALK in the building good. I had to stop outside for over 10 to 20 minutes to throw up. Cpt. Olds, came outside looking for me because the driver did not help she got off the van and went inside. This driver that day was Alice Miller. An officer Sanders came outside to see where I was an he stated on radio that I was outside throwing. Even though I need asst no one came

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Get Training For officers and Nurses. Fire them all. Better policy, get educated.

Monetary damages. 1 million, compensation 20 million Punitive damage 10 million.
Veteran's of War PLOW 500,000.00
Donated; 200,000.00 to cancer society
Jewish Community Foundation 200,000.00
Holocust 200,000.00.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jan 22, 2016.

Signature(s)

to help. They were all sitting inside the office. 2 Ce Olds stated to another officer to test me for drugs, instead of assisting me with my medical need. Two ladies had to help me upstairs Whitney Fields or Winfield, and another young lady from Baldwin County. I went in to the health care by them helping me because I asked them to help me they seen me and knew I could not make it. I sat down and the nurse was very un human and not caring. She ask me why I was so tied, I told her I thrown up everything and plus from work. By this time an officer by the name of Pembert stated that I was sick because I was high. I also, she stated had been taking pills I just looked at her because she had to have losted her mind. I don't have a history of drug or alcohol not my thing

Camera Dec. 29, 2015
Dec. 30, 2015
Dec 31, 2015

IV

3

Continue
The meaning Rembert. Than
kept shouting that I did drugs
and that this was why I
was sick. I was in so
much pain I could not
sit up. I was shouted
at by her for over a period
of time and the nurse
sat there two and did
nothing. The pain was like
a death. I was given nothing
my blood pressure was high
the nurse changed the
reading. Rembert left I
still received no help by the
nurse and than Rembert
return saying over and over
again that I had been doing
drugs and this is why I
was sick. The nurse once
again did nothing. She did
not call the Capt. to
stop the madness of this
officer. I almost fell out
of the chair or off the stool
I was really sick.

continue
After rembert left again, she laughed and was very disrespectful. I was than sent downstairs and I thought I was going to lay down but the two ladies help me **again** and I was drug tested but before that could happen I threw up again all over the toilet seat, an officer Smith wanted me to used the cup and I **did** I than threw up in the garbage can. The nurse never did a thing. Violation of my Eighth Amendment Cruel and Unusual punishment. As I was almost carried to my bed that same officer never checked on me. The nurse never came to check on me either. I never had a followup. I never had nothing from neither of them. I went to work for the rest of the week and next day. I even

Continue
went to work the follow week but on January 03, 2016. I was stopped from working by a Lt. McClain. The job placement officer Sgt. Woods asked me why I was not at work and I told him that the Lt. McClain in front of her that she would not let me return to work. The Lt. McClain called Sgt. Woods outside in front of the building closed the door and told him something. When he returned back into the building he did not talk to me. I dropped a complaint to PREA and Capt Tucker. I even seen Capt. Tucker in the lunch room and told him they Sgt Olds, Lt. McClain would not let me go and or return to work. Jason Tucker stated that he was waiting on the drug test to come back. I said what

Continue

The harassment continued. I lost wages, my name was slandered by Mr. Lambert. My character was damaged. Defamation of Character. The Inmates thinks I do drugs in which I have never done drugs or alcohol. The nurses was lied to by this officer. The officer had other officers to act ugly to me etc. My name was looked up on the ADOC computer and several of the officers home computers. I was lied to. I almost died but was not served or protected. The job of an officer is to protect and serve. I was done wrong. I wrote Commissioner Jefferson Dunn he never responded. I wrote Wendy Williams Deputy Chairman or chief of the women affairs, she did nothing. She never wrote. I was told by an Birmingham Work Release employee I can write downtown Montgomery

continue.

all I want. Well, as the world turns the drug test was negative. It appears they were young and restless, maybe even foolish. Even though these are the days of our lives we still need to treated with respect, morals, with love, kindness understanding, compassion, etc. Not with hate, and evilness. I never made it to General hospital or even any hospital I laid in my bed sick for many hours. In God we trust.

Respectfully yours,

[signature]



Wendy Williams #292583
Montgomery Work Release
P.O. Box 75
Mt. Meigs, AL 36057

Clerk of The United States
District Court for the Northern
District of Alabama
Room 140
Hugo L. Black U.S. Courthouse
Birmingham, AL 35203-2195